USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-13-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
ZURICH AMERICAN INS. CO.,

        Plaintiffs,

-against-

HARLEYSVILLE WORCESTER INS. CO.,

        Defendant.
------------------------------------------------------- x

1:19-cv-05298(ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

On October 17, 2019, Plaintiff filed a letter with this Court requesting a pre-motion conference on an anticipated motion for partial summary judgment. (ECF No. 17). On October 22, 2019, Defendant filed a response. (ECF No. 18). On January 31, 220, Plaintiff renewed the request for a conference. (ECF No. 20). Per this Court's Individual Rules, upon the filing of such a letter motion, the opposing party must within three business days submit a letter, not to exceed three pages, setting forth its position. Accordingly, Plaintiff is ORDERED to respond to Defendant's letter motion by February 17, 2020, indicating its position on Defendants' contemplated motion.

SO ORDERED.

Dated: February 13, 2020

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**