

**Jeffrey A. Beer Jr.**
Attorney

Direct:
t: 973.451.8429
f: 973.451.8769
jbeer@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2020
```

May 18, 2020

**VIA ELECTRONIC FILING**

Hon. Robert W. Lehrburger
United States District Court, Southern District of New York

> Re: **Zurich Am. Ins. Co. v. Harleysville Worcester Ins. Co.**
> **Civil Action No.: 1:19-cv-05298**

Dear Judge Lehrburger:

We represent Defendant Harleysville Worcester Insurance Company ("Harleysville") in the above-referenced matter. Previously, Harleysville requested a pre-motion conference concerning enforcement of subpoenas issued by Harleysville to its putative additional insureds (the "Zurich Insureds"). By order dated May 6, 2020, the Court ordered that Harleysville and the Zurich Insureds confer concerning their dispute, and scheduled a pre-motion conference for May 19, 2020. See Dkt. No. 24.

Harleysville and the Zurich Insureds jointly submit this letter to inform the Court that they have conferred, and have reached an understanding resolving the dispute. Specifically, the Zurich Insureds have agreed to produce by May 28, 2020 the first layer liability policies for the relevant time period issued to Skanska USA Civil, Inc., Skanska USA Building, Inc., Walsh Construction Group, LLC, and Skanska/Walsh Joint Venture, Inc., and supplemental written responses with regard to any first layer liability insurance maintained by Port Authority of New York and New Jersey or LaGuardia Gateway Partners, LLC.

In light of the parties' agreement, the parties jointly request that the Court adjourn the conference scheduled for May 19, 2020 to a date subsequent to May 28, 2020, with the expectation that, upon receipt of the Zurich Insured's supplemental responses, Harleysville will withdraw its request for a pre-motion conference.

Respectfully submitted,

/s/ *Jeffrey A. Beer Jr.*

Jeffrey A. Beer Jr.
cc:   All counsel of record (via ECF)
      Joanne Blair, Esq. (via email to blairj@fcllp.com)

5140073v1

**The parties' request for an adjournment of the conference set for May 19, 2020 at 9:30 a.m. is GRANTED.  The parties are directed to coordinate with the Deputy Clerk to reschedule this conference.**

SO ORDERED:

5/19/2020  _____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE