USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZURICH AMERICAN INSURANCE CO.,  :  19-cv-5298 (ALC) (RWL)
:
              Plaintiff,  :  **ORDER**
:
   - against -  :
:
HARLEYSVILLE WORCESTER  :
INSURANCE CO.,  :
:
             Defendant.  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    By September 21, 2020, the parties shall file a joint letter briefly updating the Court on the status of the instant matter.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated:    September 11, 2020
             New York, New York

Copies transmitted to all counsel of record.